WILLIAM F. SEELY v. WILLIAM O'CONNER, AND HENRY O. BEVIER v. WILLIAM O'CONNER. [1]

[Two cases.]

*Creditors' bill.*

These cases are ruled by *Wolf v. O'Conner, ante,* 301.

Appeals from Osceola. (Judkins, J.) Argued June 11, 1890. Decided July 2, 1890.

Bills to quiet title. Defendants appeal. Decrees reversed, and bills dismissed. The facts are stated in *Wolf v. O'Conner, ante,* 301.

*G. A. Wolf,* for complainants.

*Russell C. Ostrander,* for defendants.

LONG, J. These cases are ruled by the opinion in *Wolf v. O'Conner, ante,* 301, filed at the present term of this Court.

---

[1] Rehearings were ordered in these cases at the October term, 1890, and the cases were reargued at the January term, 1891, but not decided.

The decrees of the court below must be dismissed, and decrees entered here dismissing complainants' bills, with costs of both courts.

CHAMPLIN, C. J., MORSE and GRANT, JJ., concurred. CAHILL J., did not sit.